1 Daniel Rapaport (Bar No. 67217)
William C. Acevedo (Bar No. 194106)
2 **WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor, Oakland, CA 94607
3 Telephone: (510) 834-6600
Fax: (510) 834-1928
4
Attorneys for Plaintiffs
5 FLSmidth Excel LLC, an Illinois limited liability
company; Excel Foundry & Machine, Inc., an
6 Illinois corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLSmidth Excel LLC, an Illinois limited liability company; Excel Foundry & Machine, Inc., an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>James Venture Corporation, a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:09-CV-00495-GEB-EFB<br><br>**STIPULATION AND ORDER EXTENDING HEARING DATE FOR APPLICATION FOR WRIT OF ATTACHMENT**<br><br>Date: April 20, 2009<br>Time: 10:00 a.m.<br>Dept.: Courtroom 10<br>Judge: Garland E. Burrell, Jr. |

The parties, by and through their attorneys of record, hereby stipulate that the current hearing date of April 20, 2009 for hearing on Plaintiff's Application for Writ of Attachment is hereby vacated and continued until May 18, 2009 at 9:00 in Courtroom 10, the Honorable Garland E. Burrell, Jr., Presiding.

Dated: April 15, 2009          WENDEL, ROSEN, BLACK & DEAN LLP

By */s/ **Daniel Rapaport***
Daniel Rapaport
Attorneys for Plaintiffs FLSmidth Excel,
LLC, an Illinois limited liability company;
Excel Foundry & Machine, Inc., an Illinois
Corporation

*STIPULATION AND ORDER EXTENDING HEARING
DATE ON APPLICATION FOR WRIT OF ATTACHMENT*

| | | |
|---|---|---|
| 1 | Dated:_____ | HEFFNER, STARK & MAROIS, LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Michael R. Williams |
| | | Attorneys for Defendant |
| 5 | | James Venture Corporation, a California |
| 6 | | corporation |
| 7 | | **ORDER** |
| 8 | It is hereby ordered. | |
| 9 | Dated: 4/23/09 | |
| 10 | | _____ |
| 11 | | Hon. Garland E. Burrell, Jr. |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036