IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLSMIDTH EXCEL LLC, an )
Illinois limited liability ) 02:09-cv-00495-GEB-EFB
company; EXCEL FOUNDRY & )
MACHINE, INC., an Illinois ) <u>ORDER</u>
corporation, )
 )
      Plaintiffs, )
 )
  v. )
 )
JAMES VENTURE CORPORATION, a )
California Corporation, )
 )
      Defendant. )
_____)
 )
    and Related actions. )
_____)

        Plaintiffs' Application for a Right to Attach Order and Writ of Attachment, filed on March 6, 2009, is denied.

Dated: May 11, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge

1